# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES, | : | |
| | : | |
| v. | : | CASE NO.: 7:22-CR-17 (WLS) |
| | : | |
| JOSE AGUILAR-AVILES, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Presently before the Court is the Defendant's First Motion to Continue Trial in the Interests of Justice. (Doc. 24.) Therein, Defendant requests that this Court continue the July 11, 2022, trial date in this case – as well as the June 14, 2022 Pretrial Conference – to the next Valdosta trial term. (*Id.*) The reason that a continuance is requested is that Defense Counsel needs additional time to review discovery and discuss possible defenses with Defendant. (*Id.*)

Based on the Parties' stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the Motion to Continue (Doc. 24) is **GRANTED**. The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division November 2022 term and its conclusion, or as may otherwise be ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

The June 14, 2022 pretrial conference is **CANCELLED**.

**SO ORDERED**, this 8th day of June, 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1